STATE OF NEW JERSEY v. SALVATORE BERGAMO.

May 17, 1977. Petition for certification denied.

IAC, LTD. v. PRINCETON PORSCHE-AUDI.

May 17, 1977. Petition for certification granted. (See 147 *N. J. Super.* 212)

ERNESTO TOLENTINO v. ERVIN ELLIS.

May 17, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. DENNIS DI ROCCO.

May 17, 1977. Petition for certification denied.

WILLIAM A. RIESER v.
JOAN GRAULICH & COBHIL, COMPANY.

May 17, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES FAULKNER.

May 17, 1977. Petition for certification denied.